Aaron W. Baker, OSB No. 922220
aaron@awbakerlaw.com
Serena Liss, OSB No. 154799
serena@awbakerlaw.com
BAKER LAW PC
1 SW Columbia, Suite 1850
Portland, OR 97204
Phone: 503/ 234-8800
Fax: 503/ 525-0650

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ROBERT BAKER**, <br><br>    Plaintiff, <br><br> v. <br><br> **GLADSTONE AUTO LLC dba TOYOTA OF GLADSTONE,** <br><br>    Defendant. | Case No. 3:18-cv-00155-JR <br><br> **PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT** |

Pursuant to FRCP 68 Plaintiff hereby accepts Defendant's Offer of Judgment, attached as Exhibit A, in the sum of $100,000.00 inclusive of costs and attorney fees.

Dated this 5th day of December 2019.

BAKER LAW PC

/s/ *Aaron W. Baker*
Aaron W. Baker, OSB No. 922220
Of Attorneys for Plaintiff

BAKER LAW PC
1 SW Columbia St., Suite 1850
Portland, Oregon 97204
Telephone (503) 234-8800

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT**

**Page 1**

# CERTIFICATE OF SERVICE

      I certify that I served true copies of the foregoing PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT on Defendant, on December 5, 2019, by filing said document via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon the attorneys listed below:

David J. Elkanich
Garrett S. Garfield
Holland & Knight LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204

Via Email:

david.elkanich@hklaw.com
garrett.garfield@hklaw.com

*Of Attorneys for Defendant*

                                          BAKER LAW PC

                                          */s/ Serena L. Liss*
                                          Serena L. Liss, OSB No. 154799
                                          Of Attorneys for Plaintiff