IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ROBERT BAKER**,

    Plaintiff,

v.                                           Case No. 3:18-cv-00155-MO

**GLADSTONE AUTO, LLC**, *d/b/a*               JUDGMENT
Toyota of Gladstone,

    Defendant.

**MOSMAN, J.,**

    Based upon the Plaintiff's Acceptance of Offer of Judgment [66], entered on December 5, 2019, it is ordered and adjudged that this case is DISMISSED with prejudice. Judgment is entered against Defendant in the amount of $100,000, inclusive of costs, disbursements, and attorney fees, in full satisfaction of Plaintiff's federal and state law claims.

    DATED this 9th day of December, 2019.

                                                            MICHAEL W. MOSMAN
                                                            Chief United States District Judge

1 JUDGMENT